FILED29 AUG '17 13:56USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### SELECT A DIVISION    DIVISION

Don Auther Webster

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

UNITED STATES OF AMERICA;
UTILIZATION REVIEW COMMITTE MEMBERS
OF FEDERAL CORRECTIONAL INSTITUTION
SHERIDAN HEALTH SERVICE DEPARTMENT, et
al. KNOWN AND UNKNOWN PARTIES

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 3:17-CV- 1350 TC
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
*IN FORMA PAUPERIS*

---

I, Don Auther Webster , declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?    ☒ Yes    ☐ No

   If "Yes" state the place of your incarceration: FCI Sheridan

   **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?    ☐ Yes  ☒ No  ☐ Self-employed

   a.    If the answer is "Yes," state:

   Employer's name: FCI Sheridan Food Service Department

   Employer's address: 27072 Ballston Road, Sheridan. Oregon

   Amount of take-home pay or wages: $ 33 _____ per month ___ *(specify pay period)*

b.    If the answer is "No," state:

Name of last employer: _____ N/A _____

Address of last employer: _____

Date of last employment: _____

Amount of take-home salary or wages: $_____ per _____ (*specify pay period*)

3.    Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☒ Not applicable

a.    If the answer is "Yes," state:

Employer's name: _____ N/A _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ (*specify pay period*)

b.    Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☐ No

Please explain your response below:              N/A

_____
_____
_____
_____
_____

c.    If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes  ☐ No    If the answer is "No," please explain below:
                                                    N/A

_____
_____
_____
_____

4.    In the past 12 months have you received any money from any of the following sources?

a.    Business, profession or other self-employment  ☐ Yes  ☒ No

If "Yes," state:  Amount received:          $ _____

Amount expected in future:          $ _____

b.    Rent payments, interest, or dividends       ☐ Yes       ☒ No

If "Yes," state:  Amount received:          $ _____

Amount expected in future:          $ _____

c.    Pensions, annuities, or life insurance payments    ☐ Yes  ☒ No

If "Yes," state:   Amount received:              $ _____

Amount expected in future:    $ _____

d.    Disability or workers compensation payments    ☐ Yes  ☒ No

If "Yes," state:   Amount received:              $ _____

Amount expected in future:    $ _____

e.    Gifts or inheritances              ☒ Yes  ☐ No

If "Yes," state:   Amount received:              $ 100 to 200 dollars _____

Amount expected in future:    $ _____ varies to none ____

f.    Any other sources              ☐ Yes  ☒ No

If "Yes," state:   Source:  _____

Amount received:              $ _____

Amount expected in future:    $ _____

5.    Do you have cash or checking or savings accounts?    ☐ Yes  ☒ No
(including prison trust accounts)?

If "Yes," state the total amount:    _____

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or
other valuable property?   ☐ Yes  ☒ No

If "Yes," describe the asset(s) and state the value of each asset listed.

_____
_____
_____
_____
_____

7.    Do you have any other assets?    ☐ Yes  ☒ No

If "Yes," list the asset(s) and state the value of each asset listed.

_____
_____
_____
_____
_____
_____
_____

8.    Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☒ Yes    ☐ No

If "Yes," describe and provide the amount of the monthly expense.

hygiene items, stationary, phone and computer use, clothing, and food items

9.    List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I have children that I aid with support by diverting gift of funds to them

10.    Do you have any debts or financial obligations?    ☒ Yes    ☐ No

If "Yes," describe the amounts owed and to whom they are payable.

I restitution that I pay to the court on a monthly basis due to the crime I am incarcerated for.  The United States District Court for the district of Alaska

**If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

8·10·17
DATE

_Don A. Webster_
SIGNATURE OF APPLICANT

_Don A. Webster_
PRINTED NAME OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that the applicant named herein has the sum of $ 3,204.64 on account to his/her credit

at FCI SHERIDAN, OR. _____ (name of institution).   I further certify that during the

past six months the applicant's average monthly balance was $3,023.69.   I further certify that during

the past six months the average of monthly deposits to the applicant's account was $ 2,442.80 6 months
407 A month OF

I have attached a certified copy of the applicant's trust account statement showing the transactions
for the past six months.

_____8·10·17_____                    _____
DATE                                  SIGNATURE OF AUTHORIZED OFFICER

# All Transactions

PRINT

| | |
|---|---|
| Inmate Reg #: | 15319006 |
| Inmate Name: | WEBSTER, DON |
| Report Date: | 08/09/2017 |
| Report Time: | 2:31:54 PM |

| | |
|---|---|
| Current Institution: | Sheridan FCI |
| Housing Unit: | SHE-A-L |
| Living Quarters: | A03-224U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/9/2017 11:32:51 AM | TRUL Withdrawal | ($2.00) | TL0809 | | $3,204.64 |
| 8/8/2017 7:54:33 AM | Payroll - IPP | $5.25 | SIPP0717 | | $3,206.64 |
| 8/8/2017 7:54:28 AM | Payroll - IPP | $38.25 | SIPP0717 | | $3,201.39 |
| 8/7/2017 10:11:12 AM | TRUL Withdrawal | ($5.00) | TL0807 | | $3,163.14 |
| 8/6/2017 7:28:56 PM | Phone Withdrawal | ($5.00) | TFN0806 | | $3,168.14 |
| 8/3/2017 7:41:58 PM | TRUL Withdrawal | ($10.00) | TL0803 | | $3,173.14 |
| 8/3/2017 11:32:31 AM | Sales - Fingerprint | ($93.95) | 65 | | $3,183.14 |
| 8/1/2017 11:35:54 AM | Phone Withdrawal | ($3.00) | TFN0801 | | $3,277.09 |
| 7/30/2017 7:00:55 PM | Phone Withdrawal | ($5.00) | TFN0730 | | $3,280.09 |
| 7/29/2017 8:42:53 AM | Phone Withdrawal | ($5.00) | TFN0729 | | $3,285.09 |
| 7/29/2017 8:23:19 AM | TRUL Withdrawal | ($15.00) | TL0729 | | $3,290.09 |
| 7/28/2017 7:58:19 PM | Phone Withdrawal | ($5.00) | TFN0728 | | $3,305.09 |
| 7/28/2017 10:49:07 AM | TRUL Withdrawal | ($5.00) | TL0728 | | $3,310.09 |
| 7/26/2017 8:33:17 PM | TRUL Withdrawal | ($5.00) | TL0726 | | $3,315.09 |
| 7/26/2017 7:02:50 PM | Western Union | $110.60 | 33317207 | | $3,320.09 |
| 7/26/2017 12:01:57 PM | Payroll - IPP | $16.00 | SIPP0717 | | $3,209.49 |
| 7/26/2017 11:45:02 AM | Sales - Fingerprint | ($10.80) | 66 | | $3,193.49 |
| 7/26/2017 10:44:57 AM | TRUL Withdrawal | ($2.00) | TL0726 | | $3,204.29 |
| 7/25/2017 1:47:39 PM | TRUL Withdrawal | ($2.00) | TL0725 | | $3,206.29 |
| 7/25/2017 12:10:17 PM | Phone Withdrawal | ($1.00) | TFN0725 | | $3,208.29 |
| 7/23/2017 7:17:11 PM | Phone Withdrawal | ($2.00) | TFN0723 | | $3,209.29 |
| 7/20/2017 7:39:23 PM | TRUL Withdrawal | ($10.00) | TL0720 | | $3,211.29 |
| 7/20/2017 1:35:50 PM | Phone Withdrawal | ($1.00) | TFN0720 | | $3,221.29 |
| 7/19/2017 1:27:33 PM | Phone Withdrawal | ($2.00) | TFN0719 | | $3,222.29 |
| 7/19/2017 8:06:08 AM | Phone Withdrawal | ($1.00) | TFN0719 | | $3,224.29 |
| 7/16/2017 8:39:03 PM | TRUL Withdrawal | ($15.00) | TL0716 | | $3,225.29 |
| 7/16/2017 10:48:24 AM | Phone Withdrawal | ($6.00) | TFN0716 | | $3,240.29 |
| 7/15/2017 2:48:45 PM | Phone Withdrawal | ($3.00) | TFN0715 | | $3,246.29 |
| 7/14/2017 7:44:47 PM | Phone Withdrawal | ($1.00) | TFN0714 | | $3,249.29 |
| 7/13/2017 7:52:37 AM | Phone Withdrawal | ($4.00) | TFN0713 | | $3,250.29 |
| 7/12/2017 8:14:02 PM | Phone Withdrawal | ($2.00) | TFN0712 | | $3,254.29 |
| 7/12/2017 11:14:24 AM | Phone Withdrawal | ($1.00) | TFN0712 | | $3,256.29 |
| 7/11/2017 8:27:14 AM | TRUL Withdrawal | ($15.00) | TL0711 | | $3,257.29 |
| 7/10/2017 12:02:18 PM | Sales - Fingerprint | ($59.95) | 104 | | $3,272.29 |
| 7/9/2017 7:11:53 PM | Phone Withdrawal | ($3.00) | TFN0709 | | $3,332.24 |
| 7/9/2017 8:53:20 AM | TRUL Withdrawal | ($10.00) | TL0709 | | $3,335.24 |
| 7/7/2017 5:51:26 PM | Phone Withdrawal | ($6.00) | TFN0707 | | $3,345.24 |
| 7/7/2017 12:02:40 PM | Phone Withdrawal | ($1.00) | TFN0707 | | $3,351.24 |
| 7/7/2017 8:39:51 AM | Payroll - IPP | $5.25 | SIPP0617 | | $3,352.24 |
| 7/7/2017 8:39:45 AM | Payroll - IPP | $36.50 | SIPP0617 | | $3,346.99 |
| 7/6/2017 7:06:39 PM | TRUL Withdrawal | ($5.00) | TL0706 | | $3,310.49 |
| 7/4/2017 9:18:48 PM | Phone Withdrawal | ($5.00) | TFN0704 | | $3,315.49 |
| 7/4/2017 9:07:04 PM | TRUL Withdrawal | ($10.00) | TL0704 | | $3,320.49 |
| 7/4/2017 8:58:15 PM | Phone Withdrawal | ($1.00) | TFN0704 | | $3,330.49 |
| 7/2/2017 7:25:40 AM | Phone Withdrawal | ($10.00) | TFN0702 | | $3,331.49 |
| 7/1/2017 7:33:06 PM | TRUL Withdrawal | ($10.00) | TL0701 | | $3,341.49 |
| 6/30/2017 4:03:01 PM | Western Union | $191.27 | 33317181 | | $3,351.49 |
| 6/29/2017 8:39:38 PM | TRUL Withdrawal | ($10.00) | TL0629 | | $3,160.22 |
| 6/29/2017 5:02:50 AM | Western Union | $150.00 | 33317180 | | $3,170.22 |
| 6/28/2017 7:29:33 PM | TRUL Withdrawal | ($5.00) | TL0628 | | $3,020.22 |

1 2 3 4 5 6

## All Transactions

PRINT

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 15319006 | **Current Institution:** | Sheridan FCI | |
| **Inmate Name:** | WEBSTER, DON | **Housing Unit:** | SHE-A-L | |
| **Report Date:** | 08/09/2017 | **Living Quarters:** | A03-224U | |
| **Report Time:** | 2:32:01 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/28/2017 7:57:23 AM | Phone Withdrawal | ($10.00) | TFN0628 | | $3,025.22 |
| 6/27/2017 11:56:38 AM | TRUL Withdrawal | ($5.00) | TL0627 | | $3,035.22 |
| 6/25/2017 7:10:04 PM | Phone Withdrawal | ($3.00) | TFN0625 | | $3,040.22 |
| 6/25/2017 11:15:03 AM | Phone Withdrawal | ($1.00) | TFN0625 | | $3,043.22 |
| 6/24/2017 8:45:22 PM | TRUL Withdrawal | ($10.00) | TL0624 | | $3,044.22 |
| 6/23/2017 7:53:20 AM | TRUL Withdrawal | ($10.00) | TL0623 | | $3,054.22 |
| 6/22/2017 6:59:23 AM | Sales - Fingerprint | ($79.05) | 18 | | $3,064.22 |
| 6/21/2017 9:06:42 PM | Phone Withdrawal | ($1.00) | TFN0621 | | $3,143.27 |
| 6/21/2017 10:23:38 AM | TRUL Withdrawal | ($10.00) | TL0621 | | $3,144.27 |
| 6/20/2017 2:02:02 PM | Payroll - IPP | $8.00 | SIPP0617 | | $3,154.27 |
| 6/20/2017 12:04:54 PM | Phone Withdrawal | ($1.00) | TFN0620 | | $3,146.27 |
| 6/18/2017 7:01:09 PM | TRUL Withdrawal | ($5.00) | TL0618 | | $3,147.27 |
| 6/18/2017 7:51:02 AM | Phone Withdrawal | ($10.00) | TFN0618 | | $3,152.27 |
| 6/17/2017 6:33:42 PM | Phone Withdrawal | ($1.00) | TFN0617 | | $3,162.27 |
| 6/16/2017 5:57:30 PM | TRUL Withdrawal | ($10.00) | TL0616 | | $3,163.27 |
| 6/16/2017 7:33:58 AM | Phone Withdrawal | ($1.00) | TFN0616 | | $3,173.27 |
| 6/15/2017 9:12:09 PM | Phone Withdrawal | ($1.00) | TFN0615 | | $3,174.27 |
| 6/15/2017 11:02:42 AM | TRUL Withdrawal | ($5.00) | TL0615 | | $3,175.27 |
| 6/14/2017 1:48:19 PM | TRUL Withdrawal | ($5.00) | TL0614 | | $3,180.27 |
| 6/13/2017 5:30:08 PM | Phone Withdrawal | ($7.00) | TFN0613 | | $3,185.27 |
| 6/12/2017 8:12:31 AM | Phone Withdrawal | ($1.00) | TFN0612 | | $3,192.27 |
| 6/11/2017 8:32:36 PM | TRUL Withdrawal | ($10.00) | TL0611 | | $3,193.27 |
| 6/11/2017 6:02:57 PM | Western Union | $210.24 | 33317162 | | $3,203.27 |
| 6/11/2017 7:27:39 AM | Phone Withdrawal | ($10.00) | TFN0611 | | $2,993.03 |
| 6/9/2017 5:15:15 PM | Phone Withdrawal | ($5.00) | TFN0609 | | $3,003.03 |
| 6/9/2017 10:55:05 AM | TRUL Withdrawal | ($5.00) | TL0609 | | $3,008.03 |
| 6/8/2017 9:48:08 AM | TRUL Withdrawal | ($5.00) | TL0608 | | $3,013.03 |
| 6/8/2017 8:42:45 AM | FRP Quarterly Pymt | ($110.00) | SFRP0617 | | $3,018.03 |
| 6/8/2017 8:42:18 AM | Payroll - IPP | $5.25 | SIPP0517 | | $3,128.03 |
| 6/8/2017 8:42:13 AM | Payroll - IPP | $22.95 | SIPP0517 | | $3,122.78 |
| 6/6/2017 3:20:20 PM | TRUL Withdrawal | ($5.00) | TL0606 | | $3,099.83 |
| 6/6/2017 6:56:41 AM | Sales - Fingerprint | ($55.30) | 10 | | $3,104.83 |
| 6/5/2017 10:30:40 AM | TRUL Withdrawal | ($5.00) | TL0605 | | $3,160.13 |
| 6/4/2017 10:50:02 AM | Phone Withdrawal | ($5.00) | TFN0604 | | $3,165.13 |
| 6/4/2017 8:08:35 AM | TRUL Withdrawal | ($5.00) | TL0604 | | $3,170.13 |
| 6/2/2017 11:36:19 AM | TRUL Withdrawal | ($5.00) | TL0602 | | $3,175.13 |
| 5/31/2017 7:01:39 PM | Phone Withdrawal | ($5.00) | TFN0531 | | $3,180.13 |
| 5/29/2017 1:34:33 PM | TRUL Withdrawal | ($10.00) | TL0529 | | $3,185.13 |
| 5/29/2017 12:02:50 PM | Western Union | $150.00 | 33317149 | | $3,195.13 |
| 5/28/2017 3:11:40 PM | Phone Withdrawal | ($5.00) | TFN0528 | | $3,045.13 |
| 5/27/2017 6:31:59 PM | TRUL Withdrawal | ($5.00) | TL0527 | | $3,050.13 |
| 5/26/2017 11:00:53 AM | TRUL Withdrawal | ($5.00) | TL0526 | | $3,055.13 |
| 5/25/2017 6:06:12 PM | TRUL Withdrawal | ($10.00) | TL0525 | | $3,060.13 |
| 5/24/2017 8:55:54 PM | TRUL Withdrawal | ($5.00) | TL0524 | | $3,070.13 |
| 5/24/2017 7:03:31 PM | Phone Withdrawal | ($5.00) | TFN0524 | | $3,075.13 |
| 5/24/2017 1:02:49 PM | Western Union | $163.60 | 33317144 | | $3,080.13 |
| 5/24/2017 7:43:15 AM | Sales - Fingerprint | ($30.60) | 27 | | $2,916.53 |
| 5/23/2017 8:00:15 PM | TRUL Withdrawal | ($5.00) | TL0523 | | $2,947.13 |
| 5/22/2017 12:15:01 PM | TRUL Withdrawal | ($5.00) | TL0522 | | $2,952.13 |
| 5/21/2017 6:56:24 PM | Phone Withdrawal | ($3.00) | TFN0521 | | $2,957.13 |

1 2 3 4 5 6

## All Transactions

PRINT

| | |
|---|---|
| **Inmate Reg #:** | 15319006 |
| **Inmate Name:** | WEBSTER, DON |
| **Report Date:** | 08/09/2017 |
| **Report Time:** | 2:32:07 PM |

| | |
|---|---|
| **Current Institution:** | Sheridan FCI |
| **Housing Unit:** | SHE-A-L |
| **Living Quarters:** | A03-224U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/21/2017 6:05:40 PM | Phone Withdrawal | ($3.00) | TFN0521 | | $2,960.13 |
| 5/21/2017 9:39:40 AM | TRUL Withdrawal | ($5.00) | TL0521 | | $2,963.13 |
| 5/20/2017 9:37:06 AM | TRUL Withdrawal | ($5.00) | TL0520 | | $2,968.13 |
| 5/19/2017 12:37:11 PM | Payroll - IPP | $12.00 | SIPP0517 | | $2,973.13 |
| 5/19/2017 11:35:55 AM | Phone Withdrawal | ($2.00) | TFN0519 | | $2,961.13 |
| 5/17/2017 10:27:31 AM | TRUL Withdrawal | ($10.00) | TL0517 | | $2,963.13 |
| 5/14/2017 8:59:50 PM | TRUL Withdrawal | ($10.00) | TL0514 | | $2,973.13 |
| 5/14/2017 7:47:47 AM | Phone Withdrawal | ($20.00) | TFN0514 | | $2,983.13 |
| 5/13/2017 8:53:49 AM | TRUL Withdrawal | ($5.00) | TL0513 | | $3,003.13 |
| 5/12/2017 11:44:06 AM | Phone Withdrawal | ($2.00) | TFN0512 | | $3,008.13 |
| 5/11/2017 8:53:59 PM | TRUL Withdrawal | ($5.00) | TL0511 | | $3,010.13 |
| 5/11/2017 9:41:11 AM | TRUL Withdrawal | ($5.00) | TL0511 | | $3,015.13 |
| 5/10/2017 7:41:50 PM | Phone Withdrawal | ($2.00) | TFN0510 | | $3,020.13 |
| 5/10/2017 3:01:16 PM | TRUL Withdrawal | ($5.00) | TL0510 | | $3,022.13 |
| 5/10/2017 10:04:40 AM | Phone Withdrawal | ($2.00) | TFN0510 | | $3,027.13 |
| 5/9/2017 6:55:03 AM | Sales - Fingerprint | ($90.10) | 8 | | $3,029.13 |
| 5/8/2017 9:47:31 AM | TRUL Withdrawal | ($10.00) | TL0508 | | $3,119.23 |
| 5/8/2017 7:54:30 AM | Payroll - IPP | $5.25 | SIPP0417 | | $3,129.23 |
| 5/8/2017 7:54:25 AM | Payroll - IPP | $38.25 | SIPP0417 | | $3,123.98 |
| 5/7/2017 7:12:15 PM | Phone Withdrawal | ($5.00) | TFN0507 | | $3,085.73 |
| 5/5/2017 5:38:12 PM | TRUL Withdrawal | ($10.00) | TL0505 | | $3,090.73 |
| 5/4/2017 11:59:21 AM | TRUL Withdrawal | ($5.00) | TL0504 | | $3,100.73 |
| 5/3/2017 9:38:51 AM | TRUL Withdrawal | ($5.00) | TL0503 | | $3,105.73 |
| 5/2/2017 7:12:07 AM | Sales - Fingerprint | ($40.25) | 15 | | $3,110.73 |
| 5/1/2017 7:37:53 PM | TRUL Withdrawal | ($5.00) | TL0501 | | $3,150.98 |
| 5/1/2017 6:43:09 PM | Phone Withdrawal | ($5.00) | TFN0501 | | $3,155.98 |
| 5/1/2017 4:03:13 PM | Western Union | $150.00 | 33317121 | | $3,160.98 |
| 4/30/2017 8:45:00 PM | TRUL Withdrawal | ($5.00) | TL0430 | | $3,010.98 |
| 4/30/2017 5:25:24 PM | Phone Withdrawal | ($5.00) | TFN0430 | | $3,015.98 |
| 4/28/2017 8:53:27 AM | TRUL Withdrawal | ($10.00) | TL0428 | | $3,020.98 |
| 4/28/2017 8:01:02 AM | Phone Withdrawal | ($7.00) | TFN0428 | | $3,030.98 |
| 4/28/2017 5:02:49 AM | Western Union | $100.00 | 33317118 | | $3,037.98 |
| 4/26/2017 8:09:31 AM | TRUL Withdrawal | ($10.00) | TL0426 | | $2,937.98 |
| 4/26/2017 7:13:02 AM | Sales - Fingerprint | ($2.05) | 20 | | $2,947.98 |
| 4/26/2017 7:12:48 AM | Sales - Fingerprint | $1.45 | 19 | | $2,950.03 |
| 4/26/2017 7:11:47 AM | Sales - Fingerprint | ($17.15) | 18 | | $2,948.58 |
| 4/23/2017 6:13:57 PM | Phone Withdrawal | ($5.00) | TFN0423 | | $2,965.73 |
| 4/23/2017 4:42:54 PM | TRUL Withdrawal | ($10.00) | TL0423 | | $2,970.73 |
| 4/22/2017 9:38:24 AM | TRUL Withdrawal | ($10.00) | TL0422 | | $2,980.73 |
| 4/21/2017 7:02:46 PM | Western Union | $50.00 | 33317111 | | $2,990.73 |
| 4/20/2017 9:01:42 PM | TRUL Withdrawal | ($5.00) | TL0420 | | $2,940.73 |
| 4/20/2017 7:57:36 PM | Phone Withdrawal | ($5.00) | TFN0420 | | $2,945.73 |
| 4/20/2017 7:22:08 AM | Sales - Fingerprint | ($159.40) | 20 | | $2,950.73 |
| 4/19/2017 7:37:49 PM | Phone Withdrawal | ($5.00) | TFN0419 | | $3,110.13 |
| 4/19/2017 6:02:21 PM | TRUL Withdrawal | ($5.00) | TL0419 | | $3,115.13 |
| 4/19/2017 12:50:14 PM | Payroll - IPP | $20.00 | SIPP0417 | | $3,120.13 |
| 4/18/2017 8:27:03 AM | TRUL Withdrawal | ($10.00) | TL0418 | | $3,100.13 |
| 4/17/2017 1:28:42 PM | TRUL Withdrawal | ($15.00) | TL0417 | | $3,110.13 |
| 4/16/2017 5:42:16 PM | Phone Withdrawal | ($10.00) | TFN0416 | | $3,125.13 |
| 4/15/2017 9:21:33 PM | Phone Withdrawal | ($5.00) | TFN0415 | | $3,135.13 |

1 2 3 4 5 6

## All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 15319006 | **Current Institution:** | Sheridan FCI |
| **Inmate Name:** | WEBSTER, DON | **Housing Unit:** | SHE-A-L |
| **Report Date:** | 08/09/2017 | **Living Quarters:** | A03-224U |
| **Report Time:** | 2:32:15 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 4/15/2017 4:53:00 PM | TRUL Withdrawal | ($10.00) | TL0415 | | $3,140.13 |
| 4/15/2017 11:13:52 AM | Phone Withdrawal | ($2.00) | TFN0415 | | $3,150.13 |
| 4/14/2017 1:54:15 PM | TRUL Withdrawal | $5.00 | TL0414 | | $3,152.13 |
| 4/14/2017 8:44:08 AM | TRUL Withdrawal | ($10.00) | TL0414 | | $3,147.13 |
| 4/13/2017 9:24:45 AM | Phone Withdrawal | ($5.00) | TFN0413 | | $3,157.13 |
| 4/11/2017 1:46:43 PM | TRUL Withdrawal | ($15.00) | TL0411 | | $3,162.13 |
| 4/10/2017 3:03:09 PM | Western Union | $269.02 | 33317100 | | $3,177.13 |
| 4/9/2017 7:06:23 PM | Phone Withdrawal | ($4.00) | TFN0409 | | $2,908.11 |
| 4/8/2017 2:15:40 PM | TRUL Withdrawal | ($10.00) | TL0408 | | $2,912.11 |
| 4/7/2017 9:23:30 AM | Payroll - IPP | $5.25 | SIPP0317 | | $2,922.11 |
| 4/7/2017 9:23:25 AM | Payroll - IPP | $25.00 | SIPP0317 | | $2,916.86 |
| 4/5/2017 8:52:50 PM | Phone Withdrawal | ($2.00) | TFN0405 | | $2,891.86 |
| 4/5/2017 5:03:38 PM | TRUL Withdrawal | ($10.00) | TL0405 | | $2,893.86 |
| 4/4/2017 7:09:10 PM | Phone Withdrawal | ($5.00) | TFN0404 | | $2,903.86 |
| 4/4/2017 12:28:02 PM | TRUL Withdrawal | ($5.00) | TL0404 | | $2,908.86 |
| 4/3/2017 8:17:21 AM | TRUL Withdrawal | ($5.00) | TL0403 | | $2,913.86 |
| 3/30/2017 1:39:58 PM | TRUL Withdrawal | ($15.00) | TL0330 | | $2,918.86 |
| 3/29/2017 8:18:05 AM | TRUL Withdrawal | ($10.00) | TL0329 | | $2,933.86 |
| 3/28/2017 11:30:34 AM | Sales - Fingerprint | ($38.80) | 89 | | $2,943.86 |
| 3/28/2017 7:03:04 AM | Western Union | $200.00 | 33317087 | | $2,982.66 |
| 3/26/2017 8:34:52 PM | TRUL Withdrawal | ($10.00) | TL0326 | | $2,782.66 |
| 3/26/2017 7:57:33 PM | Phone Withdrawal | ($10.00) | TFN0326 | | $2,792.66 |
| 3/26/2017 5:52:24 PM | TRUL Withdrawal | ($2.00) | TL0326 | | $2,802.66 |
| 3/25/2017 4:59:21 PM | TRUL Withdrawal | ($5.00) | TL0325 | | $2,804.66 |
| 3/22/2017 1:25:36 PM | TRUL Withdrawal | ($10.00) | TL0322 | | $2,809.66 |
| 3/22/2017 10:03:01 AM | Western Union | $169.02 | 33317081 | | $2,819.66 |
| 3/20/2017 5:07:38 PM | TRUL Withdrawal | ($5.00) | TL0320 | | $2,650.64 |
| 3/19/2017 8:07:02 PM | Phone Withdrawal | ($4.00) | TFN0319 | | $2,655.64 |
| 3/19/2017 8:27:49 AM | TRUL Withdrawal | ($5.00) | TL0319 | | $2,659.64 |
| 3/17/2017 6:46:06 PM | TRUL Withdrawal | ($5.00) | TL0317 | | $2,664.64 |
| 3/17/2017 4:51:15 PM | Phone Withdrawal | ($2.00) | TFN0317 | | $2,669.64 |
| 3/17/2017 9:55:51 AM | Payroll - IPP | $19.00 | SIPP0317 | | $2,671.64 |
| 3/16/2017 6:49:01 PM | TRUL Withdrawal | ($10.00) | TL0316 | | $2,652.64 |
| 3/15/2017 7:45:00 AM | TRUL Withdrawal | ($15.00) | TL0315 | | $2,662.64 |
| 3/12/2017 8:23:49 PM | Phone Withdrawal | ($5.00) | TFN0312 | | $2,677.64 |
| 3/10/2017 7:50:36 AM | TRUL Withdrawal | ($15.00) | TL0310 | | $2,682.64 |
| 3/8/2017 9:02:09 AM | FRP Quarterly Pymt | ($110.00) | SFRP0317 | | $2,697.64 |
| 3/8/2017 8:55:15 AM | Payroll - IPP | $5.25 | SIPP0217 | | $2,807.64 |
| 3/8/2017 8:55:09 AM | Payroll - IPP | $29.58 | SIPP0217 | | $2,802.39 |
| 3/7/2017 8:42:11 PM | TRUL Withdrawal | ($10.00) | TL0307 | | $2,772.81 |
| 3/6/2017 5:10:50 PM | Sales - Fingerprint | ($32.25) | 39 | | $2,782.81 |
| 3/5/2017 7:30:09 PM | Phone Withdrawal | ($5.00) | TFN0305 | | $2,815.06 |
| 3/3/2017 5:56:45 PM | TRUL Withdrawal | ($10.00) | TL0303 | | $2,820.06 |
| 2/27/2017 8:09:15 PM | Phone Withdrawal | ($5.00) | TFN0227 | | $2,830.06 |
| 2/27/2017 10:34:26 AM | TRUL Withdrawal | ($10.00) | TL0227 | | $2,835.06 |
| 2/26/2017 8:50:05 PM | Phone Withdrawal | ($5.00) | TFN0226 | | $2,845.06 |
| 2/24/2017 7:55:38 PM | TRUL Withdrawal | ($10.00) | TL0224 | | $2,850.06 |
| 2/24/2017 9:26:21 AM | Phone Withdrawal | ($3.00) | TFN0224 | | $2,860.06 |
| 2/23/2017 5:13:59 PM | Sales - Fingerprint | ($54.20) | 14 | | $2,863.06 |
| 2/23/2017 1:03:00 PM | Western Union | $69.02 | 33317054 | | $2,917.26 |

1 2 3 4 5 6

## All Transactions

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 15319006 | Current Institution: | Sheridan FCI |
| Inmate Name: | WEBSTER, DON | Housing Unit: | SHE-A-L |
| Report Date: | 08/09/2017 | Living Quarters: | A03-224U |
| Report Time: | 2:32:24 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/21/2017 8:45:24 PM | TRUL Withdrawal | ($15.00) | TL0221 | | $2,848.24 |
| 2/21/2017 8:28:15 AM | Payroll - IPP | $13.00 | SIPP0217 | | $2,863.24 |
| 2/19/2017 7:24:43 PM | Phone Withdrawal | ($3.00) | TFN0219 | | $2,850.24 |
| 2/18/2017 4:02:45 PM | Western Union | $150.00 | 33317049 | | $2,853.24 |
| 2/17/2017 5:41:28 PM | TRUL Withdrawal | ($5.00) | TL0217 | | $2,703.24 |
| 2/17/2017 10:38:33 AM | TRUL Withdrawal | ($2.00) | TL0217 | | $2,708.24 |
| 2/14/2017 9:23:44 AM | Phone Withdrawal | ($5.00) | TFN0214 | | $2,710.24 |
| 2/12/2017 7:24:04 PM | Phone Withdrawal | ($2.00) | TFN0212 | | $2,715.24 |
| 2/10/2017 9:18:03 AM | TRUL Withdrawal | ($10.00) | TL0210 | | $2,717.24 |
| 2/8/2017 9:58:18 AM | Payroll - IPP | $5.25 | SIPP0117 | | $2,727.24 |
| 2/8/2017 9:55:11 AM | Payroll - IPP | $11.22 | SIPP0117 | | $2,721.99 |
| 2/7/2017 9:15:02 AM | Phone Withdrawal | ($3.00) | TFN0207 | | $2,710.77 |
| 2/6/2017 5:02:22 PM | Sales - Fingerprint | ($1.75) | 30 | | $2,713.77 |
| 2/5/2017 7:46:27 PM | Phone Withdrawal | ($5.00) | TFN0205 | | $2,715.52 |
| 2/4/2017 9:18:31 AM | TRUL Withdrawal | ($15.00) | TL0204 | | $2,720.52 |
| 1/31/2017 11:07:51 AM | Phone Withdrawal | ($3.00) | TFN0131 | | $2,735.52 |
| 1/30/2017 7:18:16 PM | Sales - No FP (Non-FP Session) | $5.20 | 85 | | $2,738.52 |
| 1/30/2017 5:14:36 PM | Sales - Fingerprint | ($2.40) | 32 | | $2,733.32 |
| 1/30/2017 5:12:32 PM | Sales - Fingerprint | ($109.55) | 31 | | $2,735.72 |
| 1/30/2017 2:43:41 PM | TRUL Withdrawal | ($5.00) | TL0130 | | $2,845.27 |
| 1/29/2017 6:21:30 PM | Phone Withdrawal | ($3.00) | TFN0129 | | $2,850.27 |
| 1/29/2017 12:36:38 PM | TRUL Withdrawal | ($2.00) | TL0129 | | $2,853.27 |
| 1/23/2017 8:56:39 PM | TRUL Withdrawal | ($5.00) | TL0123 | | $2,855.27 |
| 1/21/2017 11:32:52 AM | TRUL Withdrawal | ($5.00) | TL0121 | | $2,860.27 |
| 1/21/2017 11:27:11 AM | Phone Withdrawal | ($5.00) | TFN0121 | | $2,865.27 |
| 1/19/2017 9:28:35 PM | Phone Withdrawal | ($1.00) | TFN0119 | | $2,870.27 |
| 1/17/2017 5:38:44 PM | Sales - Fingerprint | ($18.85) | 31 | | $2,871.27 |
| 1/17/2017 5:36:55 PM | Sales - Fingerprint | ($12.70) | 30 | | $2,890.12 |
| 1/16/2017 8:26:22 PM | TRUL Withdrawal | ($5.00) | TL0116 | | $2,902.82 |
| 1/15/2017 8:18:11 PM | Phone Withdrawal | ($4.00) | TFN0115 | | $2,907.82 |
| 1/12/2017 7:28:01 PM | Sales - Fingerprint | ($38.85) | 36 | | $2,911.82 |
| 1/9/2017 8:52:49 PM | TRUL Withdrawal | ($5.00) | TL0109 | | $2,950.67 |
| 1/8/2017 7:09:28 PM | TRUL Withdrawal | ($10.00) | TL0108 | | $2,955.67 |
| 1/8/2017 6:46:22 PM | Phone Withdrawal | ($11.00) | TFN0108 | | $2,965.67 |
| 1/8/2017 1:02:51 PM | Western Union | $200.00 | 33317008 | | $2,976.67 |
| 1/7/2017 10:47:20 AM | TRUL Withdrawal | ($5.00) | TL0107 | | $2,776.67 |
| 1/6/2017 9:50:25 AM | Payroll - IPP | $5.25 | SIPP1216 | | $2,781.67 |
| 1/6/2017 9:50:20 AM | Payroll - IPP | $38.25 | SIPP1216 | | $2,776.42 |
| 1/3/2017 4:03:32 PM | Western Union | $45.00 | 33317003 | | $2,738.17 |
| 1/1/2017 7:24:35 PM | Phone Withdrawal | ($10.00) | TFN0101 | | $2,693.17 |
| 1/1/2017 2:52:09 PM | Phone Withdrawal | ($10.00) | TFN0101 | | $2,703.17 |
| 12/30/2016 8:40:32 PM | TRUL Withdrawal | ($5.00) | TL1230 | | $2,713.17 |
| 12/27/2016 8:52:02 PM | TRUL Withdrawal | ($10.00) | TL1227 | | $2,718.17 |
| 12/27/2016 4:58:54 PM | Sales - Fingerprint | ($55.50) | 26 | | $2,728.17 |
| 12/27/2016 8:57:31 AM | Payroll - IPP | $21.00 | SIPP1216 | | $2,783.67 |
| 12/27/2016 8:57:31 AM | Payroll - IPP | $7.24 | SIPP1216 | | $2,762.67 |
| 12/26/2016 7:54:59 PM | Phone Withdrawal | ($5.00) | TFN1226 | | $2,755.43 |
| 12/25/2016 10:54:38 AM | Phone Withdrawal | ($20.00) | TFN1225 | | $2,760.43 |
| 12/21/2016 9:56:38 AM | TRUL Withdrawal | ($10.00) | TL1221 | | $2,780.43 |
| 12/21/2016 9:39:37 AM | Phone Withdrawal | ($10.00) | TFN1221 | | $2,790.43 |

1 2 3 4 5 6