Don A. Webster
Reg. No. 15319-006
Federal Correctional Institution
P.O. Box 5000
Sheridan, Oregon 97378

FILED 29 AUG '17 13:56 USDC-ORP

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND   DIVISION

Don Auther Webster
_____

_____
*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

UNITED STATES OF AMERICA;
UTILIZATION REVIEW COMMITTEE MEMBERS
OF ~~FEDERAL CORRECTIONAL INSTITUTON~~
SHERIDAN HEALTH SERVICES DEPARTMENT, et.
*(Enter full name of ALL defendant(s))*
al, KNOWN AND UNKNOWN PARTIES.
**Defendant(s).**

Civil Case No. 3:17 CV-1350- TC
*(to be assigned by Clerk of the Court)*

**PRISONER CIVIL RIGHTS
COMPLAINT**

## I.

A.    Have you brought any other action or appeal in a court of the United States while a prisoner?

Yes ☐            No ☒

B.    If your answer to A is yes, how many? __N/A__. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

1.    Parties to the previous lawsuit:

Plaintiff(s): _____N/A_____

_____

CIVIL RIGHTS COMPLAINT                                      Page 1
Revised: April 24, 2008

Defendant(s): _____N/A_____

_____

2.    Court: _____

3.    Docket Number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

_____

_____

6.    Approximate date of filing: _____

7.    Approximate date of disposition: _____

## II.

A.    Place of confinement: Federal Correctional Institution Sheridan

B.    Is there a prisoner grievance procedure in this institution?

     Yes ☒          No ☐

C.    Have you filed a grievance concerning the facts relating to this complaint?

     Yes ☒          No ☐

     If your answer is no, explain why not:

_____

_____

_____

D.    Is the grievance process completed?

     Yes ☒          No ☐

## III.  PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A.    Name of plaintiff: Don Auther Webster

Security Identification No.: 15319-006

Address: P.O. Box 5000, Sheridan, Oregon

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B.    Defendant Unknown is employed as Health Service Admin at Sheridan Health Services Department

Defendant Unknown is employed as Health Care provider at Sheridan Health Services Department

Defendant Unknown is employed as Health Service provider at Sheridan Health Service Department

Defendant Unknown is employed as Health Care provider at Sheridan Health Service Department

Defendant Unknown is employed as Health Care Provider at Sheridan Health Service Department

Additional defendants: Known and Unknown members of the Utilization Review Committee of FCI Sheridan Health Service Department

## IV.  STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

Tort Violation: 28 U.S.C. §§ 1346(b), 2671, 2680(h)
(medical malpractice)

Supporting Facts:  *(State here as briefly as possible the facts of your case.  Describe how each defendant is involved and when the conduct occurred.  It is not necessary to give any legal arguments or cite any cases or statutes.)*

The Utilization Review Committee which makes decisions jointly and/or on occassion individually on whether to implement treatment for medical reasons decided not to provide the plaintiff with post surgery after care to meet the standard of need for the injury he suffered to a shoulder injury after waiting over a year to decide to proceed with surgery having him suffer a painfull and debilitating shoulder injury which now has resulted in decreased mobility of his right arm and excruciating on-going pain. It is believed that the committee denies such treatment until severity for cost effectiviness. The plaintiff has seen several health care providers whom suggested post surgery needs to be recommended to the committee however, the committee ignored and/or respoded inadequately to the request for care and complaints about plaintiff's pain. The actions of the employees amounted to medical negligence.

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Bivens Action: 28 U.S.C. §1331
Eighth Amendment Claim  Cruel and Unusual Punishment
Deliberate Indifference  of Plaintiff's medical needs

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

FCI Sheridan Health Service Department Utilization Review Committee members made up from their Health Care Providers make joint and individual decisions for standards of care. After the plaintiff suffered a shoulder injury and complained over a year of pain to several committee members a MRI was had and surgery decided. Each Member failed to acknowledge the severity until after a year of complaints. After surgery by outside Doctor Dr. Peter Van Patten MD. Dr. Van Patten, provided directives for post surgery after care. This directive was modified to its bare minimum. Plaintiff thereafter complained of excruciating pain and limited motion he was experiencing with his right arm affecting his dailey activities. After continued visits to the health care providers each would advise him that they would discuss post surgery treatment to the Utilization Review Committee whom make all decisions in reference to inmate care. At [n]o time did the committee respond or impliment Dr. Van Patten directives or their indivual medical care after having knowledge of his pain and decreasing arm mobility.

**Claim III**

State what right under the Constitution, laws, or treaties of the United States has been violated.

N/A

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

N/A

_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.   RELIEF

   *State briefly exactly relief you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

   Under plaintiff's Tort violation he seeks the court to impose compensatory damages of one hundred thousand dollars. And under his Bivens claim for cruel and unusual punishment he seeks the court to impose twenty five thousand dollars from each defendant for emotional distress and one hundred thousand dollars eacg for punitive damages. The plaintiff also ask the court to allow him to undergo arbitration with the defendants.

   Signed this *10th* day of *August*         , 20*17*.


_____
*(Signature of Plaintiff(s))*
Don Auther Webster