FILED 13 APR '18 10:29 USDC-ORE

To:     Clerk of Court
        United States Courthouse
        Room # 740
        1000 SW Third Street
        Portland, Oregon  97204-2002

From:   Don A. Webster
        Reg. No. 15319-006
        Federal Correction Institutuon
        P.O. Box 5000
        Sheridan, Oregon 97378


IN THE DICTRICT COURT OF THE UNITED STATES
DISTRICT OF OREGON
PORTLAND DIVISION


DON AUTHER WEBSTER,              )
                Plaintiff,       )    Case No.: 3:17-cv-01350-TC
                                 )
                                 )
v.                               )    AMENDMENT COMPLAINT
                                 )
                                 )
UNITEDS STATES OF AMERICA;       )
RICHARD IVES, WARDEN, SHERIDAN   )
CORRECTIONAL INSTITUTION,        )
DOCTOR, ANDREW GRASELY           )
CLINICAL DIRECTOR UTILIZATION    )
REVIEW COMMITTEE                 )
                Defendant's      )
                                 )
_____


JURISDICTION

Jurisdiction for this cause of action is invoked pursuant

to 28 U.S.C.§ 1331.

## PARTIES

Plaintiff, Don Webster is a prisoner at the Federal Correctional Institution in Sheridan, Oregon. He is currently serving a 30 year sentence and at all times described herein was under the custody and care of the Bureau of Prisons.

Defendants, Richard Ives is currently the Warden at the Federal Correctional Institution in Sheridan, Oregon. He is employed by the Bureau of Prisons, and is responsible for all inmates under his custody and care held at the Federal Correctional Institution in Sheridan, Oregon.

Defendant, Andrew Grasley is employed as a Doctor at the Federal Correctional Institution in Sheridan, Oregon. He works for the Federal Bureau of Prisons and serves as a Clinical Director for the Utilization Review Committee. As Chairman of this Committee he was responsible for any medical or surgical procedures sought by Don Webster during his incarceration at the Federal Correctional Institution in Sheridan, Oregon.

## STATEMENT OF FACTS

While he was confined at the Federal Correctional Institution in Sheridan, Oregon. Don Webster suffered a serious shoulder injury. He complained to Doctor Grasely and Warden Ives about this and asked for surgery to fix his shoulder after a year of waiting and sever pain. Webster under went surgery in a outside hospital. Doctor

(2)

Peter Van Patten preformed his surgery and made a recommendation for post surgery after care. The only post surgery after care provided by Grasely and Ives was a "stretchable band" that Webster should exercise with, after doing this awhile Webster was seen by Doctor Van Patten again. Dr. Van Patten examined Webster's shoulder and improvement. However, he diagnosed Webster's condition as bad and wanted to perform additional surgery unfortunately a "physical thera- pist was necessary as after care in Dr. Van Patten's opinion, and defendants Grasely and Ives "would not" provide for such, so no fur- ther surgery was done.

By their acts or ommissions defendants have been deliberately indifferent to plaintiff's pain and need for additional surgery to fix his shoulder. That has left plaintiff with only limited used of his right arm and shoulder. And has resulted in a violation of his Eight Amendment Right under the United States Constitution. Defen- dants are sued personally and in their official capacity.

## STATEMENT OF CLAIM

As set forth in the facts of thid complaint defendant Grasely and or Ives have shown deliberate indifference to the plaintiffs medical needs in violation of his Eight Amendment Rights under the United States Constitution.

(3)

## RELIEF

As relief plaintiff seeks;

1. $ 100,000 dollare in Compensation damages.

2. $  25,000 dollare from each defendant for emotional distress and severe pain.

3. $ 100,00 in punitive damages from each defendant for violating his constitutional rights.

Singed this 21st.,Day of March 2018.

Plaintiff,

(4)

ORIGINAL

PRISONER CIVIL RIGHTS COMPLAINT

Don A. Webster
Reg. No. 15319-006
Federal Correctional Institution
P.O. Box 5000
Sheridan, Oregon 97378

FILED 29 AUG '17 13:56 USDC-ORP

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND   DIVISION

Don Auther Webster
_____

_____

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

UNITED STATES OF AMERICA;
UTILIZATION REVIEW COMMITTEE MEMBERS
OF ~~FEDERAL CORRECTIONAL INSTITUTON~~
SHERIDAN HEALTH SERVICES DEPARTMENT, et.
*(Enter full name of ALL defendant(s))*
al, KNOWN AND UNKNOWN PARTIES.

Defendant(s).

Civil Case No. *3:17 CV-1350- TC*
*(to be assigned by Clerk of the Court)*

**PRISONER CIVIL RIGHTS
COMPLAINT**

### I.

A.    Have you brought any other action or appeal in a court of the United States while a
prisoner?

Yes ☐            No ☒

B.    If your answer to A is yes, how many? __N/A__ . Describe the lawsuit(s) in the
space below. *(If there is more than one lawsuit, describe the additional lawsuits on
another piece of paper, using the same outline.)*

1.    Parties to the previous lawsuit:

Plaintiff(s): _____N/A_____

_____

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008

Page 1

Defendant(s): _N/A_____

_____

2.   Court: _____

3.   Docket Number: _____

4.   Name of judge to whom case was assigned: _____

5.   Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

_____

6.   Approximate date of filing: _____

7.   Approximate date of disposition: _____

## II.

A.   Place of confinement: _Federal Correctional Institution Sheridan_

B.   Is there a prisoner grievance procedure in this institution?

Yes☒          No☐

C.   Have you filed a grievance concerning the facts relating to this complaint?

Yes☒          No☐

If your answer is no, explain why not:

_____

_____

D.   Is the grievance process completed?

Yes☒          No☐

CIVIL RIGHTS COMPLAINT                                      Page 2
Revised: April 24, 2008

## III. PARTIES.

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A.  Name of plaintiff: Don Auther Webster

Security Identification No.: 15319-006

Address: P.O. Box 5000, Sheridan, Oregon

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B.  Defendant Unknown _____ is employed as Health Service Admin

at Sheridan Health Services Department

Defendant Unknown _____ is employed as Health Care provider

at Sheridan Health Services Department

Defendant Unknown _____ is employed as Health Service provider

at Sheridan Health Service Department

Defendant Unknown _____ is employed as Health Care provider

at Sheridan Health Service Department

Defendant Unknown _____ is employed as Health Care Provider

at Sheridan Health Service Department

Additional defendants: Known and Unknown members of the Utilization Review Committee of FCI Sheridan Health Service Department

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008

Page 3

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

Tort Violation: 28 U.S.C. §§ 1346(b), 2671, 2680(h)
(medical malpractice)

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

The Utilization Review Committee which makes decisions jointly and/or on occassion individually on whether to implement treatment for medical reasons decided not to provide the plaintiff with post surgery after care to meet the standard of need for the injury he suffered to a shoulder injury after waiting over a year to decide to proceed with surgery having him suffer a painfull and debilitating shoulder injury which now has resulted in decreased mobility of his right arm and excruciating on-going pain. It is believed that the committee denies such treatment until severity for cost effectiviness. The plaintiff has seen several health care providers whom suggested post surgery needs to be recommended to the committee however, the committee ignored and/or respoded inadequately to the request for care and complaints about plaintiff's pain. The actions of the employees amounted to medical negligence.

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Bivens Action: 28 U.S.C. §1331
Eighth Amendment Claim   Cruel and Unusual Punishment
Deliberate Indifference   of Plaintiff's medical needs

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

FCI Sheridan Health Service Department Utilization Review Committee members made up from their Health Care Providers make joint and individual decisions for standards of care. After the plaintiff suffered a shoulder injury and complained over a year of pain to several committee members a MRI was had and surgery decided. Each Member failed to acknowledge the severity until after a year of complaints. After surgery by outside Doctor Dr. Peter Van Patten MD. Dr. Van Patten, provided directives for post surgery after care. This directive was modified to its bare minimum. Plaintiff thereafter complained of excruciating pain and limited motion he was experiencing with his right arm affecting his dailey activities. After continued visits to the health care providers each would advise him that they would discuss post surgery treatment to the Utilization Review Committee whom make all decisions in reference to inmate care. At [n]o time did the committee respond or impliment Dr. Van Patten directives or their indivual medical care after having knowledge of his pain and decreasing arm mobility.

**Claim III**

State what right under the Constitution, laws, or treaties of the United States has been violated.

N/A

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

N/A

CIVIL RIGHTS COMPLAINT                                                                Page 5
Revised: April 24, 2008

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.   RELIEF

State *briefly* exactly relief you are seeking.  Make no legal arguments.  Cite no cases or statutes.

Under plaintiff's Tort violation he seeks the court to impose compensatory damages of one hundred thousand dollars. And under his Bivens claim for cruel and unusual punishment he seeks the court to impose twenty five thousand dollars from each defendant for emotional distress and one hundred thousand dollars eacg for punitive damages. The plaintiff also ask the court to allow him to undergo arbitration with the defendants.

Signed this *10th* day of *August*, 20 *17*.

*(Signature of Plaintiff(s))*
Don Auther Webster

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008